UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-mj-6030-RSR

UNITED STATES OF AMERICA
           Plaintiff,

v.

Christos Bagios
           Defendant,
_____

I, **Christos Bagios**, and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of **$500,000 corporate surety bond.**

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

    1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

    2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

    3. May not change his or her present address as recorded on this bond without prior permission in writing from the court.

    4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

    5. The defendant must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135(a).

    6. Shall not commit any act in violation of state or federal laws.

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

_x_a.  Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;_____

_x_b.  Report to Pretrial Services as follows: ( x ) *as directed or* _____ *time(s) a week in person and* _____ *time(s) a week by telephone*;

_x_c.  Submit to substance abuse testing and/or treatment;

_x_d.  Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;

___e.  Participate in mental health assessment and/or treatment;

___f.  Participate and undergo a sex offense specific evaluation and treatment;

___g.  Maintain or actively seek full-time employment;

___h.  Maintain or begin an educational program;

_x_i.  Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

_x_j.  Refrain from possessing a firearm, destructive device or other dangerous weapons;

___k.  None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, real or personal, until the bond is discharged, or otherwise modified by the Court;

___l.  May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.*;

___m.  No access to the internet via any type of connectivity device (*i.e. computers, pda's, cellular phones, tv's*), and follow instructions as outlined in the agreement waiver provided to you by Pretrial Services;

_x_n.  **HOME CONFINEMENT PROGRAM**  The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) **will not** or **( x ) will include electronic monitoring or other location verification system, paid for by the defendant based upon his/her ability to pay ( x ) or.**

   ____ **Curfew:** You are restricted to your residence every day from _____ to _____, or as directed by the Court.

   ____ **Home Detention:** You are restricted to your residence at all times except for: ( ) **medical needs or treatment,** ( ) **court appearances,** ( ) **attorney visits or court ordered obligations, and** ( )**other** _____.

___o.  **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program.
   You are restricted to the halfway house at all times except for: ( ) **employment;** ( ) **education;**
   ( ) **religious services;** ( ) **medical, substance abuse, or mental health treatment;** ( ) **attorney visits;**
   ( ) **court appearances;** ( ) **court ordered obligations;** ( ) **reporting to Pretrial Services; and**
   ( ) **other**_____.

___p.  May travel to and from:_____, and must notify Pretrial Services of travel plans before leaving and upon return.

X_q.  Comply with the following additional conditions of bond:
   __Must reside in the S. District of Florida. Defendant must sign extradition waivers for Greece and Switzerland. .

PAGE THREE                                              DEFENDANT: Christos Bagios
                                                        CASE NUMBER: 11-mj-6030-RSR

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3)  any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4)  a misdemeanor, the defendant shall be fined not more that $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

**DEFENDANT**

Signed this _____ day of _____, 2011 at Fort Lauderdale, Florida
Signed and acknowledged before me:       DEFENDANT: (Signature) _____

WITNESS: _____

_____  _____           _____  _____
City           State                    City           State

**CORPORATE SURETY**

Signed this _4th_ day of _March_, 2011 at _Broward_, Florida
SURETY: _Bankers Insurance Company_    AGENT:(Signature) _____
_St. Petersburg_    _FL_                PRINT NAME: _Jeremy Wolf_
City                State

**INDIVIDUAL SURETIES**

Signed this ___ day of _____, 2011 at _____, Florida    Signed this ___ day of _____, 2011 at _____, Florida
SURETY:(Signature) _____                        SURETY:(Signature) _____

PRINT NAME: _____                              PRINT NAME: _____

RELATIONSHIP TO DEFENDANT _____                RELATIONSHIP TO DEFENDANT _____

_____  _____           _____  _____
City           State                    City           State

Signed this ___ day of _____, 2011 at _____, Florida    Signed this ___ day of _____, 2011 at _____, Florida
SURETY:(Signature) _____                        SURETY:(Signature) _____

PRINT NAME: _____                              PRINT NAME: _____

RELATIONSHIP TO DEFENDANT _____                RELATIONSHIP TO DEFENDANT _____

_____  _____           _____  _____
City           State                    City           State

**APPROVAL BY COURT**

Date: _3-2-11_ _____         _____
                                        ROBIN S. ROSENBAUM
                                        UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT OF WAIVER OF EXTRADITION

I, Christos Bagios, having been fully informed by my attorney, Arthur S. Greenspan of Richards Kibbe & Orbe LLP, of my rights under the extradition treaties in force between the United States of America and Greece and between the United States of America and Switzerland, and under Title 18, United States Code, section 3184 et seq., do hereby waive any and all such rights and ask the Court to expedite my return, in custody, to the United States of America upon a request for my return by United States law enforcement officials resulting from a violation of the conditions of release set by the Court in Criminal Case No. 11-mj-6030 (RSR), in the United States District Court for the Southern District of Florida.

My attorney, with whose service I am satisfied, has explained to me the terms of the extradition treaties in force between the United States of America and Greece and between the United States of America and Switzerland, the applicable sections of Title 18, United States Code, section 3184 et seq., and the pending charges against me in this Court. I concede that there are applicable extradition treaties; that the treaties cover the offense with which I am charged in the Criminal Complaint; and that I am the person who has been charged in the Criminal Complaint.

I hereby waive my rights under the applicable extradition treaties and the applicable sections of Title 18, United States Code, section 3184 et seq., and agree to be transported in custody, upon the request of United States law enforcement officials, to the United States of America, and to remain in custody pending the arrival of agents from either the U.S. Marshals Service, the Federal Bureau of Investigation, or the Internal Revenue Service. No representative, official, or officer of the United States of America or of the Government of the United States of

America, nor any other person, has made any promise or offered any other form of inducement to me, nor made any threat or exercised any form of intimidation against me. I execute this waiver of rights knowingly, voluntarily and entirely of my own free will and accord.

Dated this **3rd** day of March, 2011.

_____
**Christos Bagios**, *Defendant*

_____
**Arthur S. Greenspan, Esq.**
*Attorney for Christos Bagios*

_____   3-3-11
U.S. Magistrate Judge

**BANKERS INSURANCE COMPANY**
P.O. Box 33015 • St. Petersburg, Florida 33733 • 800-627-0000
**FEDERAL POWER OF ATTORNEY**

**542000287 - 5**

KNOW ALL MEN BY THESE PRESENTS: that Bankers Insurance Company, a corporation duly organized and existing under the laws of the State of Florida, has made pursuant to Article IV, Section 11 of the By-Laws, which was adopted by the Directors of the said company, and is now in effect, does constitute and appoint, and by these presents does make, constitute and appoint below named agent its true and lawful Attorney-In-Fact for it and in its name, place and stead, to execute, seal and deliver for and on its behalf and as its act and deed, as surety, a bail bond only. Authority of such Attorney-In-Fact is limited to appearance bonds and **cannot be construed to guarantee defendant's future lawful conduct, adherence to travel Limitation, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearance.**

This power of Attorney is for use with Bail Bonds only. Not valid if used in connection with Federal Immigration Bonds. This power void if altered or erased, void if used with other powers of this company or in combination with powers from any other surety company, void if used to furnish bail in excess of the stated face amount of this power, and can only be used once.
THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF THIS STATED FACE AMOUNT, AND PROVIDED THIS Power of Attorney is filed with the bond and retained as a part of the court records. The said Attorney-In-Fact is hereby authorized to insert this Power of Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, BANKERS INSURANCE COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this __4__ day of __March__, __2011__.

Bond Amount $ __500,000__  Appearance Date __TBS__
Defendant __Christos Bagios__
S.S.# _____  D.O.B. _____
Case # __11-mj-6030-RSR__
Court __US District Court Southern District of FL__
City __Fort Lauderdale__  State __FL__
Offense __18 USC 371__

If Rewrite, Original # _____
Executing Agent __Jeremy Wolf E114800__
BIC992016-200707

**BANKERS INSURANCE COMPANY**

David K. Meehan
DAVID K. MEEHAN, *President*

VOID IF NOT USED BY

THE LIABILITY OF THE COMPANY SHALL NOT EXCEED THE SUM 500000 DOLS 00 CTS

IT IS UNLAWFUL TO PRINT THIS FORM WITHOUT WRITTEN CONSENT OF HOME OFFICE
FOR FEDERAL USE ONLY. NOT VALID IF USED IN STATE COURT