UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 11-6030-MJ-RSR

    Plaintiff,

vs.

CHRISTOS BAGIOS,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on the Government's March 15, 2011 Appeal of Denial of Motion For Detention [DE-34]. The Court has considered the Defendant's March 21, 2011 Opposition [DE-41] and having heard oral argument on March 21, 2011, finds as follows:

    1. Christos Bagios is a Greek citizen who resides in Switzerland, currently with his wife and two children. He is a U.S. licensed, financial professional, who is currently employed by Credit Suisse Private Advisors in Zurich, Switzerland. Bagios was arrested in New York on January 26, 2011. A criminal complaint was signed on January 26, 2011, alleging a violation of 18 U.S.C. § 371, which is punishable by up to five (5) years[1] in prison. [DE-3]. On February 1, 2011, Bagios agreed to be transferred to this district where he would seek bail.

    2. Bagios arrived in the Southern District of Florida on February 28, 2011. On March 1, 2011, Judge Rosenbaum denied a Motion to Discharge the Defendant for Failure to hold a Timely Preliminary Hearing. [DE-12]. On March 3, 2011, Judge Rosenbaum denied the Defendant's Motion to Dismiss for Failure to Timely Indict [DE-17]. On March 2, 2011, Judge

---

[1] The government first indicated on March 21, 2011 that they may seek an indictment charging multiple counts.

Rosenbaum granted Bagios a bond.  He posted it on March 4, 2011 [DE-20, 21] and was released [DE-22].  On March 11, 2011, Judge Rosenbaum denied the Government's Motion To Reconsider and granted, in part, Bagios' Motion to Modify Conditions of Release. [DE-30].  Bagios appeared at the hearing.  This appeal ensued.  On march 21, 2011,Bagios appeared at the hearing before the undersigned, as ordered by the undersigned when the hearing was set.  Apparently, Pre-Trial Services has not taken a position adverse to Judge Rosenbaum's conditions of release.

     3.  The Court has conducted a _de novo_ review of the record.  After an independent review, this Court adopts Judge Rosenbaum's findings and order.  U.S. v. King, 849 F. 2d 485, 490 (11th Cir. 1988).  This Court agrees with Judge Rosenbaum and finds that the bond and conditions of release are consistent with the factors as set forth in 18 U.S.C. § 3142(g):

        a) The crime is not a crime of violence or a  narcotic offense.  Although, the amount of loss is huge, which will drive the guidelines up, but the statutory maximum, at this point, may be as low as five (5) years.

        b) The weight of the evidence against Bagios does not appear to be overwhelming.

        c) Although Bagios has little or no community ties in this country, his other history and characteristics are of a positive nature.

        d) Bagios is not a danger to the community; the Government has not shown danger by clear and convincing evidence.

     4.  Concerns about flight have been ameliorated by the waivers of extradition and the position of the Greek consulate.

     Wherefore, the Government's Appeal [DE-34] is Denied.  Bagios shall remain on pre-trial release under the same conditions set forth by Judge Rosenbaum.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of March, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record