UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

------------------------------------------------------------X

UNITED STATES OF AMERICA

    - v. -

CHRISTOS BAGIOS,    CASE NO. 11-mj-6030-RSR

    Defendant.

------------------------------------------------------------X

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Christos Bagios, through his undersigned attorneys, hereby moves for an order modifying his conditions of release. Specifically, Mr. Bagios seeks permission from the Court to move from his current apartment to another apartment in Miami, Florida (which is being rented pursuant to a one-year lease), effective on or about March 25, 2011.[1] Counsel for Mr. Bagios has informed Pretrial Services and the Government of Mr. Bagios' proposed move, and neither party opposes this motion. His proposed new address will be disclosed to Pretrial Services and, if ordered by the Court, will be transmitted to the Court under seal. For the convenience of the Court, a proposed order is attached as Exhibit A.

Dated: March 23, 2011
      Miami, Florida

                          Respectfully submitted,

                          KOBRE & KIM LLP

                          By: /s/ Adriana Riviere-Badell
                              Matthew I. Menchel (FBN 12043)
                              matthew.menchel@kobrekim.com
                              Adriana Riviere-Badell (FBN 30572)
                              adriana.riviere-badell@kobrekim.com

---

[1] Pursuant to Section 6A of the CM/ECF Administrative Procedures for the Southern District of Florida, Defendant is not disclosing the full address of the proposed new apartment in this motion, but will provide the full address to Pretrial Services, in addition to providing it to the Court, if ordered, under seal.

2 South Biscayne Boulevard, 35th Floor
Miami, Florida 33131
Telephone:  (305) 967-6108
Facsimile:  (305) 967-6128

    – and –

RICHARDS KIBBE&ORBE LLP
    Lee S. Richards III (admitted *pro hac vice*)
    lrichards@rkollp.com
    Arthur S. Greenspan (admitted *pro hac vice*)
    agreenspan@rkollp.com
    Jon Connolly (admitted *pro hac vice*)
    jconnolly@rkollp.com
One World Financial Center
New York, New York  10281-1003
Telephone:  (212) 530-1800
Facsimile:  (212) 530-1801

*Attorneys for Defendant Christos Bagios*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2011, I electronically filed the foregoing document, Unopposed Motion to Modify Conditions of Release, with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                /s/ Adriana Riviere-Badell
                                                KOBRE & KIM LLP

### SERVICE LIST
*United States v. Christos Bagios*
Case No. 11-mj-6030-RSR

Mark F. Daly
US Department of Justice
Tax Division/NCES
PO Box 972
Ben Franklin Station
Washington, DC 20044
mark.f.daly@usdoj.gov

Jeffrey A. Neiman
United States Attorney's Office
Southern District of Florida
500 East Broward Boulevard
7th Floor
Fort Lauderdale, FL 33394
954-356-7255 ext 3595
jeffrey.a.neiman@usdoj.gov

Michelle Petersen
Department of Justice Tax Division
601 D Street NW, Room 7334
Washington, DC 20044
Michelle.M.Petersen@usdoj.gov