# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

-----------------------------------------------------------X

UNITED STATES OF AMERICA

- v. -

CHRISTOS BAGIOS,                                            CASE NO. 11-mj-6030-RSR

　　　　　Defendant.

-----------------------------------------------------------X

**ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE**


This cause came for consideration upon the Defendant's Unopposed Motion to Modify

Conditions of Release.   The Court, having reviewed the Motion and the record, and being

otherwise duly advised in the matter, it is hereby

**ORDERED and ADJUDGED** that the Motion is Granted.

The Defendant shall provide his new address to Pretrial Services and shall move to his

new apartment on or after March 25, 2011.

Done and ordered in Chambers, in Fort Lauderdale, Florida on this _____ day of

March, 2011.


　　　　　　　　　　　　　　　　_____

ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE  JUDGE