UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 11-6030-MJ-DIMITROULEAS

    Plaintiff,

vs.

CHRISTOS BAGIOS,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on the Defendant's September 20, 2012 Appeal of Denial of Motion to Modify Conditions of Release. [DE-84]. The Court has received a September 25, 2012 Response [DE-86] from the Government. This Court has jurisdiction over this appeal. 18 U.S.C. § 3145 (a)(2). The Court is ruling in an expedited manner.

The Defendant does not have sufficient ties to the United States to warrant the modification of his bond conditions. The Court adopts Judge Snow's findings. The Court notes that this defendant was arrested on January 26, 2001. No indictment has been returned. The Defendant has consented to eleven (11) extensions of time for the Government to consider seeking an indictment. [DE-48, 50, 52, 54, 56, 59, 61, 64, 67, 72 and 83]. The Government now has until the middle of October to seek an indictment. Without the extensions of time, the Defendant may have already resolved the pending charges against him, so that he would not have to ask this Court to modify bond conditions that might no longer be in existence. It might be time to make a decision in this case.

Wherefore, Defendant's Appeal [DE-84] is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of Sepember, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record
Pre Trial Services